**FILED**

DEC − 7 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THEODORE JOHN SARTORI SR.,

      Defendant.

## 4:22CR690 MTS/PLC

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, the United States

Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States

Attorney for said District, and moves the Court to order defendant detained pending trial, and

further requests that a detention hearing be held three (3) days from the date of defendant's initial

appearance before the United States Magistrate pursuant to Title 18, United States Code, Section

3141, et seq.

As and for its grounds, the Government states as follows:

1.     Defendant is charged with:

(a)     an offense for which a maximum term of imprisonment of ten years or more is

        prescribed in Title 18, United States Code, Section 1591 (sex trafficking)

2.     Accordingly, a rebuttable presumption arises pursuant to Title 18, United States

Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will

reasonably assure the appearance of the defendant as required, and the safety of any other person

and the community.

3.      The defendant is a threat to the community. Defendant caused "Jane Doe" to engage in a commercial sex act.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/ Dianna R. Collins*
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200