UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

THEODORE JOHN SARTORI SR.,

     Defendant.

No. S1-4:22-cr-00690-MTS

## <u>REQUEST FOR CONTINUED DETENTION</u>

Comes now the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and requests that the previous request for detention against the defendant continue.

As and for its grounds, the Government states as follows:

1.  A previous Indictment, cause number 4:22-cr-00690-MTS was filed against defendant on December 7, 2022. Defendant was previously charged with one count of an offense for which a maximum term of imprisonment of ten years or more is prescribed in Title 18, United States Code, Section 1591 (sex trafficking). A new charge of Title 18, United States Code, Section 2423(b) (travel with intent to engage in illicit sexual conduct) has been added.

2.  There is a continued serious risk that the defendant will flee if released on bond.

WHEREFORE, the Government requests that the previous request of detention continue against defendant.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Dianna R. Collins*
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, the foregoing was filed electronically under seal with the Clerk of the Court and a copy was sent via electronic mail upon all counsel of record.

*/s/ Dianna R. Collins*
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney