Victim Impact Statement:

hello, as many of you know me as ███████ @ 25 years old. Theadore Simon can see passed that + sees a 14 year old child. I say that because he'll forever hold on to that part of me, that part of my childhood. from 14 to 17. the endless amounts of school day I missed to accomidate his needs + desires. The amounts of punishment I recieved for in their words" Being mean" the long Days and even longer nights, pictures being taken of me, him randomly showing up @ the House after being told hes not allowed. he believed he could pay for these things But money doesnt buy life long Trama, ~~~~~~~~, hopeless relationships, uneasy feelings + wearuness of people in my ~~~~~~~~. everyday life. low self esteem + also the memories I cant shake.

@ 25 years old I have worked through most of my PTSD and have found medications to help concure the thoughs in my head, the flashbacks. @ 25 years old I have found a partner in my life that understands my past & has very carfully learned to cope w/ it. @ 25 I have finally forgave my family for I believed they knew. @ 25 years old theodore john spanoi I am letting you go of everything youve chained & locked in my brain so I can contuine to heal. & can move on to the next chapter of my life. So my children can have a the healthy, happy mom they deserve.