My name is ███████ & I am the victims mother.

There are so many words that I want to speak today. There just isn't enough time in this life to allow me to express the words of emotions that have ran through my mind these past several years. After today though, I will be able to burn ½ this book. I will refuse to allow you to produce anymore negative energy into my families lives.

Our lives have been a shattered piece of glass. Millions & Billions of pieces that we are slowly trying to piece & glue back together. The cracks will forever be there.

You have taught my daughter the lesson of addiction.

The addiction of pills. She tried to wash & drown the thoughts of what you had done to her out of her mind.

The addiction of hate. She hated herself for not being able to uncover her mouth with her own bear hand to scream out her pain that you caused.

The addiction of not being able to trust or love. She allowed herself to be a stepping mat in many relationships because that's all she knew on how men treated her. All because of you!

Looking back I wonder if you have touched or thought of your daughters as you did mine. Was this why you came to our

home on your daughters wedding night. You were included to pay for her wedding but not to be included in her day. Was she ashamed of who you were + are?

Today she maybe your support but I want each of them to think back on when you flirted with their friends. How would they feel if this was their daughter.

A daughter whom was groomed + raped by someone who had daughters older then her. I don't believe my daughter was the only one. She was just the brave one that stepped up to save the rest.

Ted you were so desperate + willing for a relationship. You didn't care how you got one. You couldn't find someone your own age because they seen through your disgusting soul. My daughter was vulnerable + you seen that. That's sick

I hope when you walk out of your sentence your daughters hold their kids with all their might knowing what kind of sick monster their dad/grandfather is. You may one day walk out here as a free man but my daughter will never be free from this insanity that you helped create and I'll forever be the one picking up her pieces as she tries to move on. I believe in Karma + one day somehow you will meet yours