# United States District Court
## for the District of

USCA8 No. _____

## NOTICE OF APPEAL

United States of America,

*Plaintiff*

District Court Docket Number: 4:22CR00690

vs

Theodore J. Sartori

District Court Judge: Schelp

*Defendant*

Notice is hereby given that **Defendant** appeals to the United States Court of Appeals for the Eighth Circuit from the: [X] Judgment & Commitment  [ ] Order _____ (Specify)

entered in this action on **11/7/2024**

Signature of Defendant's Counsel: [signed]

Typed Name of Defendant's Counsel: Michael F. Jones

Street Address: 8000 Maryland Ave, Ste 910

Telephone Number: (314) 721-6040

City/State/ZIP: St. Louis, MO 63105

Date: 11/19/24

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

[ ] Please Prepare a transcript of:
- [ ] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof
- [X] Sentencing
- [ ] Post Trial Proceedings
- [X] Other (Specify) — Change of plea hearing

[ ] I am not ordering a transcript because:
- [ ] Previously Filed
- [ ] Other (Specify)

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: [X] Funds, [ ] CJA Form24 completed and attached.

Attorney's Signature: [signed]    Date: 11/19/24

**Note: Complete all Items on Page Two**

# INFORMATION SHEET
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: N/A custody

2. Date of Verdict: No verdict    Jury ☐    Non-Jury ☐

   Offenses:

   Trial Testimony - Number of Days: N/A    Bail Status: custody

3. Sentence and Date Imposed: 120 month sentence imposed 11/7/24

4. Appealing:    sentence ☒    Conviction ☐    Both ☐
   Challenging:
   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 11/19/24

   Stenographer in Charge:
   (Name, Address, Phone)

6. Trial Counsel was:    ☐ Appointed    ☒ Retained
   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☐ Yes    ☒ No
   Affidavit of Financial Status filed:
   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes    ☐ No

7. Assistant U.S. Attorney Name and Phone Number: Dianna Collins

**Court Reporter Acknowledgment**

Date Order Received    Estimated Completion Date    Est Number of Pages

Court Reporter's Signature    Date