U.S. District Court
Eastern District of Missouri
111 South Tenth Street, Rm 3.300
St. Louis, MO 63102

## RECORDS TRANSMITTAL SHEET

Date: 12/3/2024

Records forwarded to: Clerk, U.S. Court of Appeals

USDC Case: **4:22-cr-00690 MTS-2** USCA Case: **24-3366**

Case Caption: **USA v. Theodore John Sartori, Sr.**

The following records are forwarded to your office as requested:

( ) Original File:

( ) Transcripts:

( ) Exhibits:

(X) Designated Clerk's Record on Appeal: [70] PSR, [88-89] Change of Plea Transcripts, [90-91] Sentencing Transcripts

( ) Other:

## U.S.C.A. ACKNOWLEDGMENT

| Received | Returned to U.S.D.C. |
|---|---|
| By: | By: |
| Date: | Date: |